MYRON H. STRONG, Respondent, *v.* JAMES K. PLACE et al., Appellants.

(Argued May 8, 1872; decided September term, 1872.)

THIS action was for an accounting as between partners. (Reported below, 4 Robt., 385.)

The complaint alleged in substance that defendants, who were dealers in spices, agreed with one Griffith, plaintiff's assignor, in consideration of certain information given them by him as to the probable action of congress in increasing the duties upon spices, and of information thereafter to be fur-

nished from time to time of the probable action of the congressional committee of ways and means, that they would give him one-half the net profits upon the spices defendants had then on hand, and that they would make further purchases and give him one-half the profits thereon.   Defendants' answer admitted an agreement to pay Griffith three-eighths of the profits of their dealings in spices, conditioned, however, upon the truthfulness of the representations made by him, which representations, as alleged in the answer, were that he (Griffith) had positive knowledge that the committee of ways and means were considering a bill and had adopted certain rates specified by him of duties upon imported spices.   The referee found in favor of defendants; that the agreement was conditional and the representations of Griffith were untrue.  No proposition of law was discussed in the opinion in this court, but the case was disposed of simply upon the facts, the court holding the evidence fully sustained the referee's conclusions.

*W. T. Shepard* for the appellants.

*T. B. Eldridge* for the respondent.

GRAY, C., reads for reversal.
All concur.
Order of General Term reversed and judgment upon the report of the referee affirmed.